# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 23-2302-CJC (DFMx)                    Date:  February 28, 2024

Title: <u>AMERIS BANK v. CONTRACTOR SALES & SERVICES LLC</u>

PRESENT:

### **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                                 <u>     N/A     </u>
Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

 In its Complaint filed on December 6, 2023, Plaintiff Ameris Bank asserts a claim against Defendant Contractor Sales & Services LLC for breach of an equipment financing agreement.  (*See* Dkt. 1.)  On January 30, 2024, the Court issued an order to show cause why this case should not be dismissed for lack of prosecution because Defendant's answer deadline had passed and Ameris had taken no further action.  (*See* Dkt. 9).  In response, Ameris filed a declaration indicating that the parties had agreed to settlement terms and requested a continuance of the OSC's response deadline until February 16, 2024 "to allow the parties sufficient time to finalize their settlement documents."  (Dkt. 10 ¶ 5.)  However, nearly two weeks later, Ameris has not filed anything.  Accordingly, per the Court's OSC (Dkt. 9), this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

lat

MINUTES FORM 11
CIVIL-GEN                                      Initials of Deputy Clerk RRP